1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

**FILED**

2

3 | BRIAN J STRETCH (CABN 163973)
Chief, Criminal Division

**JAN 2 9 2009**

4 | ANDREW P. CAPUTO (CABN 203655)
Assistant United States Attorney

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5 | 450 Golden Gate Ave., Box 36055
San Francisco, California 94102

6 | Telephone: (415) 436-7200
Fax: (415) 436-7234

7 | E-Mail: andrew.caputo@usdoj.gov

8 | Attorneys for Plaintiff

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

SAN FRANCISCO DIVISION

12

UNITED STATES OF AMERICA,                )          No. CR 08-0886 VRW

13                                                                  )

        Plaintiff,                                          )

14                                                                  )          NOTICE OF DISMISSAL

        v.                                                      )

15                                                                  )

LATOYA FULBRIGHT,                              )

16                                                                  )

        Defendant.                                        )

17                                                                  )

                                                                    )

18

19 | With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20 | United States Attorney for the Northern District of California dismisses without prejudice the

21 | above indictment against Latoya Fulbright and moves that the Court quash the arrest warrant

22 | against her issued in connection with the indictment in this case.

23 | DATED: 2 1/29/09                              Respectfully submitted,

24

25                                                              JOSEPH P. RUSSONIELLO
                                                                 United States Attorney

26

27                                                              BRIAN J. STRETCH

28                                                              Chief, Criminal Division

NOTICE OF DISMISSAL AGAINST DEFENDANT FULBRIGHT
CR 08-0886 VRW

1    Leave is granted to the government to dismiss the indictment against Latoya Fulbright. It

2    is further ordered that the arrest warrant concerning Ms. Fulbright issued in connection with her

3    indictment is quashed and that her bond is exonerated.

4

5    Date: ___JAN 2 9 2009___

                                   VAUGHN R. WALKER
6                                  United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2